KOUAME, Francis Armand                        09-13448

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

VOID AFTER 90 DAYS        113
                          60-249 / 433
TID #380290               21
MICHAEL CHIASSON          19807
P. O. BOX 1666
MANDEVILLE LA 70470

| Case | Debtor |
|---|---|
| 09-13448 B | KOUAME, FRANCIS ARMAND |
| 92007253198666 | KOUAME, LISA LYONS |
| COMBINED SMALL CHECK | |

Date   06/17/2010      $ **********8.52

~~~Eight Dollars and 52/100

Pay to the Order of  U.S. Bankruptcy Court

*Michael Chiasson* (signature)

MICHAEL CHIASSON

⑃302493⑃:920072531986666⑃

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 227277  - KL
* * C O P Y * *
June 18, 2010
14:17:58

UNC.UNDER$25
09-13448

Debtor.: FRANCIS ARMAND KOUAME
Trustee: Michael Chiasson
Amount.:           $8.52 CH
Check#.: 113

Total->  $8.52

FROM: CHIASSON

6-18-10
Deposited to treasury
1060.00

Due:
Family Doctor Clinic    1.74
Seeca Medical Inc        .44
Asset Acceptance LLC    2.21
Dr. A.A. Indovina Sr.   2.02
    DDS
Houma Radiology         1.68
Houma Radiology          .43
                       $8.52

Printed: 06/17/10 08:54 AM                                                                                                  Page: 1

# Claims Distribution Small Checks

**Case:** 09-13448 - KOUAME, FRANCIS ARMAND   **Trustee:** MICHAEL CHIASSON (380290)

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 200725319B666 | 113 | 06/17/10 | | | | Payee: U.S. Bankruptcy Court | | | Check Amount: | $8.52 |
| | | | 4 | 12/03/09 | 610 | FAMILY DOCTOR CLINIC | 137.39 | 137.39 | 1.74 | 1.74 |
| | | | 11 | 12/04/09 | 610 | Seeca Medical INC | 35.00 | 35.00 | 0.44 | 0.44 |
| | | | 12 | 12/04/09 | 610 | Asset Acceptance LLC | 174.65 | 174.65 | 2.21 | 2.21 |
| | | | 16 | 12/10/09 | 610 | DR. A. A. INDOVINA SR DDS | 160.00 | 160.00 | 2.02 | 2.02 |
| | | | 18 | 12/11/09 | 610 | Houma Radiology | 132.73 | 132.73 | 1.68 | 1.68 |
| | | | 19 | 12/11/09 | 610 | Houma Radiology | 34.09 | 34.09 | 0.43 | 0.43 |

(*) Denotes objection to Amount Filed