Kouame, Francis Armand　　　　　　　　　　　09-13448

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

VOID AFTER 90 DAYS　　113
60-249 / 433

| Case | Debtor |
|---|---|
| 09-13448 B | KOUAME, FRANCIS ARMAND |
| 92007253198666 | KOUAME, LISA LYONS |
| COMBINED SMALL CHECK | |

TID #380290
MICHAEL CHIASSON
P. O. BOX 1666
MANDEVILLE LA 70470

Date　06/17/2010　　$ **********8.52

~~~Eight Dollars and 52/100

Pay to the Order of　U.S. Bankruptcy Court

MICHAEL CHIASSON

⑈330 2493⑈: 9200 7253198666⑈"

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 227277　- KL
* * C O P Y * *
June 18, 2010
14:17:58

UNC.UNDER$25
09-13448

Debtor.: FRANCIS ARMAND KOUAME
Trustee: Michael Chiasson
Amount.:　　　　　　　$8.52 CH
Check#.: 113

Total -> $8.52

FROM: CHIASSON

6-18-10
Deposited to treasury
1060.00

Due:
Family Doctor Clinic　1.74
Seeca Medical Inc　.44
Asset Acceptance LLC　2.21
Dr. A.A. Indovina Sr.　2.02
　DDS
Houma Radiology　1.68
Houma Radiology　.43
　　　　　　　$ 8.52

Printed: 06/17/10 08:54 AM

Page: 1

# Claims Distribution Small Checks

**Case:** 09-13448 - KOUAME, FRANCIS ARMAND  **Trustee:** MICHAEL CHIASSON (380290)

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 200725319866 | 113 | 06/17/10 | | | | Payee: U.S. Bankruptcy Court | | | Check Amount: | $8.52 |
| | | | 4 | 12/03/09 | 610 | FAMILY DOCTOR CLINIC | 137.39 | 137.39 | 1.74 | 1.74 |
| | | | 11 | 12/04/09 | 610 | Seeca Medical INC | 35.00 | 35.00 | 0.44 | 0.44 |
| | | | 12 | 12/04/09 | 610 | Asset Acceptance LLC | 174.65 | 174.65 | 2.21 | 2.21 |
| | | | 16 | 12/10/09 | 610 | DR. A. A. INDOVINA SR  DDS | 160.00 | 160.00 | 2.02 | 2.02 |
| | | | 18 | 12/11/09 | 610 | Houma Radiology | 132.73 | 132.73 | 1.68 | 1.68 |
| | | | 19 | 12/11/09 | 610 | Houma Radiology | 34.09 | 34.09 | 0.43 | 0.43 |

(*) Denotes objection to Amount Filed